FILED
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT OF KANSAS
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)

06 MAY 26 PM 1:46

RALPH L. DeLOACH
CLERK
BY_____ DEPUTY
AT KANSAS CITY, KS.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 06-40073-01/02-SAC |
| ) | |
| GUADALUPE RIOS-PINELA, and ) | |
| DIEGO AMARO-TENA, ) | |
| Defendants. ) | |

## INDICTMENT

**The Grand Jury charges:**

### COUNT 1

From on or about the 14th day of March, 2006, to on or about the 18th day of March, 2006, in the District of Kansas, the defendants,

**GUADALUPE RIOS-PINELA,**
**and**
**DIEGO AMARO-TENA,**

did knowingly, willfully and unlawfully combine, conspire, confederate and agree with each other and with other persons whose identities are unknown to the grand jury, to possess with the intent to distribute and dispense approximately 69.02 kilograms of 85% pure cocaine, a Schedule II controlled

substance, in violation of Title 21, United States Code, Section 846; with reference to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 2

From on or about the 14th day of March, 2006, to on or about the 18th day of March, 2006, in the District of Kansas, the defendants,

**GUADALUPE RIOS-PINELA,**
**and**
**DIEGO AMARO-TENA,**

did knowingly and intentionally possess with intent to distribute and dispense, approximately 69.02 kilograms of 85% pure cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); with reference to Title 21, United States Code, Sections 846 and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 3

### DRUG CRIMINAL FORFEITURE

[21 U.S.C. 841(a)(1), 846 and 853]

### FORFEITURE ALLEGATION

As a result of committing the controlled substance offense alleged in

Counts 1 and/or 2 of this Indictment, the defendants, **GUADALUPE RIOS-PINELA and DIEGO AMARO-TENA,** shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the said defendants, **GUADALUPE RIOS-PINELA and DIEGO AMARO-TENA,** obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Counts 1 and/or 2 of this Indictment, including but not limited to the following:

    A.    **CONVEYANCE**

        1.    1994, White, Semi-Tractor (red, with "GRP Trucking, Phoenix, Arizona" on the side of the vehicle), bearing Arizona license plate license number AA13621, and vehicle identification number 4V1WDBCF1RN686058; and

        2.    Attached 1995 TrailKing flatbed trailer bearing Arizona registration R-15603, and vehicle identification number 3TKB04828SP059374.

If any of the above-described forfeitable property, as a result of any act or

omission of the defendants, **GUADALUPE RIOS-PINELA, and DIEGO AMARO-TENA**:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants, **GUADALUPE RIOS-PINELA, and DIEGO AMARO-TENA**, up to the value of the above forfeitable property.

This was all in violation of Title 21, United States Code, Sections 841(a)(1) and 853.

**A TRUE BILL.**

5/26/06
DATE

*[signature]*
FOREMAN OF THE GRAND JURY

*[signature]*
UNITED STATES ATTORNEY
DISTRICT OF KANSAS

[It is requested that trial be held in Topeka, Kansas]

The Court acknowledges receipt of this indictment in open court.

*[signature: John W. ...]*
UNITED STATES DISTRICT JUDGE